387 A.2d 115

Flynn, Appellant, v. Flynn.

Argued December 12, 1977.  David Kanner, for appellant;  Bruce W. Miller, with him Silver, Miller & Silver, for appellee.

Order affirmed.

387 A.2d 115

Foff, Appellant, v. The Township of Abington.

Argued December 9, 1977.  John J. Foff, appellant, in propria persona;  William B. Koch, with him Daniel B. Michie, Jr., for appellee.

Order affirmed.